UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL MABINS,

        Petitioner,                       No. 07-CV-13755-DT

vs.                                             Hon. Gerald E. Rosen

GREG McQUIGGIN,

        Respondent.

_____/

ORDER ADOPTING MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION AND
DISMISSING PLAINTIFF'S HABEAS CORPUS ACTION

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on          August 31, 2009

    PRESENT: Honorable Gerald E. Rosen
                    Chief Judge, United States District Court

This matter having come before the Court on the July 21, 2009 Report and Recommendation of United States Magistrate Judge Paul J. Komives recommending that the Court deny Plaintiff's petition for a writ of habeas corpus and that this case, accordingly, be dismissed; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's petition for habeas corpus relief should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report

and Recommendation of July 21, 2009 **[Dkt. # 11]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's petition for habeas corpus relief **Dkt. # 1]** be, and hereby is DENIED and the above-captioned case, therefore, is DISMISSED.

s/Gerald E. Rosen
Chief Judge, United States District Court

Dated: August 31, 2009

### CERTIFICATE OF SERVICE

I hereby certify that on   August 31, 2009  , I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send notification of such filing to the following:   Debra M. Gagliardi  , and I hereby certify that I have mailed by United States Postal Service the paper to the following non-ECF participants:  Michael Mabins, #178844, Straits Correctional Facility, 4387 West M-80, Kincheloe, MI 49785 .

s/Ruth A. Brissaud
Ruth A. Brissaud, Case Manager
(313) 234-5137